**ORIGINAL**

# three

22 - 212

2022 APR 29 AM 9:24

# Statement of Claim

Claimant states and claims as Foreign Judgement, UCC 1 File Number 20221055375, filed with the Delaware Department of State 07 February 2022; and, UCC 3 Assignment File number 20221057793 filed 07 February 2022; and, UCC 3 Amendment, correction File number 20221611771 filed 24 February 2022; and, UCC 3 Assignment File number 20221614759 filed 24 February 2022; and UCC 3 Assignment File number 20222805752 filed 04 April 2022; and, that claimant is entitled to relief in the form of writ of possession and other aid for Sussex County parcel ID# 2-35-14.19-12.00, address, 205 Carey Street Milton Delaware; and, all properties, real, personal and intellectual pertaining to foreign judgement under the powers of the Secretary of State court.

Claimant is entitled to performance because the matter is assigned to a trustee who is the Attorney General of the State of Delaware.

Further that a permanent injunction issue because all have been given notice of claim and have failed to respond.

Where equity will not allow a wrong to be without a remedy, and where the claimant has knowledge of the facts to prevail on the merits, and where there is no speedy adequate remedy at law, and where irreparable harm will continue to occur should this court not act, claimant is entitled to equitable remedy and any other remedy that this court sees as good and right.

\*\*Certified True Copy\*\*
Registrar: _____
Date: 29 April 2022

by private beneficiary: _____ UTA
non-negotiable autograph under seal
Date: 29 April 2022

Page one of 28